**FILED**

Jul 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

ENVIRONMENTAL DEMOCRACY
PROJECT, a California non-profit
corporation,

            Plaintiff,

     v.

WALMART INC.; JOMASHOP INC.; PVH
CORP.; UNIVERSAL TEXTILES UK, LTD;
and DOES 1 through 20 inclusive,

            Defendants.

Case No.: 3:23-cv-03215-PHK

**ORDER REGARDING STIPULATION:**

**1. EXTENDING TIME FOR WALMART TO RESPOND TO COMPLAINT; AND**

**2. SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO REMAND**

1

## <u>ORDER</u>

2       On June 28, 2023, Defendant Walmart, Inc. ("Walmart") removed this action from the

3    Superior Court for the County of San Francisco to this Court. [Dkt. 1].  The original action (Case

4    No. CGC-23-606011) is based on a Complaint for Injunctive Relief filed on April 20, 2023,

5    naming as defendants Walmart, Jomashop Inc., PVH Corp., and Universal Textiles UK, Ltd.  *Id.*

6    According to the Notice of Removal, defendants PVH and Universal Textiles were served in the

7    original action and, after communication with Walmart, have consented to the removal.  *Id.*

8    Jomashop was apparently not served in the original action as of the date of removal.  *Id.*  Plaintiff

9    Environmental Democracy Project and Defendant Walmart have filed a stipulation and proposed

10   order (with a supporting declaration) extending the time for Walmart to respond to the Complaint

11   and setting a briefing schedule for an anticipated motion to remand expected to be filed by

12   Plaintiff.  [Dkt. 6].

13       The Court has reviewed the stipulation and proposed order and in view of the same

14   hereby **GRANTS** the joint request for a stipulated schedule and **FURTHER ORDERS** as

15   follows:

16       1.       Pursuant to stipulation, Walmart will have up to and including September 25, 2023

17   to answer or otherwise respond to Plaintiff's complaint.

18       2.       Pursuant to stipulation, the deadline for Plaintiff to file a motion to remand this

19   action is July 21, 2023.  If Plaintiff files the anticipated motion to remand on or before this

20   deadline, Walmart will have until August 4, 2023 to oppose Plaintiff's anticipated motion to

21   remand, and Plaintiff will have until August 11, 2023 to file its reply in support.

22       3.       As noted, Plaintiff has apparently not effected service of process on defendant

23   Jomashop in the original action.  [Dkt. 1].  Accordingly, if not already attempted, Plaintiff shall

24   promptly seek waiver of service under Fed. R. Civ. P. 4(d) from Jomashop, or if waiver is not

25   obtained, effect service pursuant to Fed. R. Civ. P. 4 and the Civil Local Rules.  At the time of

26   service (or waiver of service), Plaintiff shall also serve on Jomashop a copy of the Court's Standing

27   Order for All Judges of the Northern District of California and a copy of this Order.  After service

28

---

ORDER RE STIPULATION ON SCHEDULING                                    CASE NO. 3:23-CV-03215-PHK

1    (or waiver of service) is completed, Plaintiff is further directed to communicate with Jomashop

2    and request that Jomashop promptly file and serve a "Consent or Declination to Magistrate Judge

3    Jurisdiction" form indicating whether it consents to or declines Magistrate Judge jurisdiction in

4    this matter. The form is available at the Court's website.  Plaintiff should similarly file and serve

5    on or before July 19, 2023 its "Consent or Declination to Magistrate Judge Jurisdiction" form

6    indicating whether Plaintiff consents to or declines Magistrate Judge jurisdiction in this matter.

7         4.     Per the Notice of Removal, counsel for Walmart has been in communication with

8    co-defendants PVH and Universal Textiles. [Dkt. 1].  As the removing party, Walmart shall serve

9    a copy of its Notice of Removal, a copy of the Court's Standing Order for All Judges of the

10   Northern District of California, and a copy of this Order on co-defendants PVH and Universal

11   Textiles within seven (7) business days of this Order.  Walmart is further directed to communicate

12   with counsel for PVH and Universal Textiles and request that each of those co-defendants timely

13   file and serve on or before July 19, 2023 a "Consent or Declination to Magistrate Judge

14   Jurisdiction" form indicating whether each consents to or declines Magistrate Judge jurisdiction

15   in this matter.

16        5.     Any party is free to withhold consent to proceed before a Magistrate Judge without

17   adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).  Walmart has consented to Magistrate

18   Judge jurisdiction in this action.  [Dkt. 5].  The anticipated motion to remand would, if filed, require

19   a case-dispositive decision, and, absent consent of all parties, this Court lacks jurisdiction to hear

20   and decide that motion. 28 U.S.C. § 636(c)(1); *Flam v. Flam*, 788 F.3d 1043 (9th Cir. 2015).

21   Should Plaintiff file the anticipated motion to remand, the Court will order the Clerk to reassign

22   this matter to a district judge if the Court does not have consent of plaintiff and all served

23   defendants on or before July 21, 2023.  If, after service, defendant Jomashop declines Magistrate

24   Judge jurisdiction, the Court will similarly order reassignment should the anticipated motion to

25   remand be filed.

26        6.     Counsel for Plaintiff and Walmart shall promptly meet and confer with counsel for

27   all other defendants regarding whether they will stipulate to the same schedule for the extension

28

ORDER RE STIPULATION ON SCHEDULING          CASE NO. 3:23-CV-03215-PHK

of time to answer or otherwise respond to the Complaint and the briefing schedule on the anticipated motion to remand, as set forth above.  On or before July 19, 2023, the parties shall file a Joint Status Report on the status of the other defendants with regard to these scheduling issues, or if agreement is reached, the parties shall file a supplemental Stipulation and proposed Order regarding the same.  The parties shall further address in the Joint Status Report whether and, if so, how the scheduling issues herein may be impacted by the timing of service (or waiver of service) with regard to defendant Jomashop, including the parties' views on how to proceed in light of the same.

**IT IS SO ORDERED.**

Dated:  July 5, 2023

PETER H. KANG
United States Magistrate Judge