| | |
|---|---|
| 1 | **KING & SPALDING LLP** |
| 2 | Keri E. Borders (SBN 194015)<br>kborders@kslaw.com |
| 3 | Dale J. Giali (SBN 150382)<br>dgiali@kslaw.com |
| 4 | Rebecca B. Johns (SBN 293989)<br>rjohns@kslaw.com |
| 5 | 633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071 |
| 6 | Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310 |
| 7 | Attorneys for Defendant |
| 8 | WALMART INC. |
| 9 | [Additional counsel listed on signature page] |

1  KING & SPALDING LLP
2  Keri E. Borders (SBN 194015)
   kborders@kslaw.com
3  Dale J. Giali (SBN 150382)
   dgiali@kslaw.com
4  Rebecca B. Johns (SBN 293989)
   rjohns@kslaw.com
5  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
6  Telephone: (213) 443-4355
   Facsimile: (213) 443-4310

7  Attorneys for Defendant
   WALMART INC.
8
   [Additional counsel listed on signature page]
9

10              UNITED STATES DISTRICT COURT FOR THE

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ENVIRONMENTAL DEMOCRACY        Case No.: 3:23-cv-03215-PHK
    PROJECT, a California non-profit
14  corporation,                    **STIPULATION FOR ENTRY OF REMAND ORDER**
15                  Plaintiff,
16        v.
17  WALMART INC.; JOMASHOP INC.; PVH
    CORP.; UNIVERSAL TEXTILES UK, LTD;   **[L.R. 7-12]**
18  and DOES 1 through 20 inclusive,
                                         [*Administrative Motion and [Proposed]
19                  Defendants.          Order filed concurrently herewith*]
20

21

22

23        Pursuant to Civil Local Rule 7-12, Plaintiff Environmental Democracy Project ("EDP")

24  and Defendants Walmart Inc., PVH Corp., and Universal Textiles UK, Ltd ("Defendants")

25  (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as

26  follows:

27

28

WHEREAS, on April 20, 2023, Plaintiff Environmental Democracy Project (EDP) commenced this action in the Superior Court of California of the County of San Francisco ("San Francisco Superior Court"). The action was assigned case number CGC-23-606011;

WHEREAS, on June 28, 2023, Walmart removed the case to the Northern District of California, based on its contention that jurisdiction was appropriate under 28 U.S.C. §1331. *See* ECF No. 1;

WHEREAS, following removal to this Court, counsel for Defendants and EDP met and conferred regarding EDP's anticipated motion to remand. After further meeting and conferring amongst the Parties, the Parties agreed to stipulate to remand the case to state court;

WHEREAS, EDP has agreed that it will not seek or accept any award of attorneys' fees, costs, or other expenses exclusively related to the removal of this action but is not required to exclude any such fees or costs from any lodestar calculations it may be entitled to recover in this matter; and

WHEREAS, the Parties respectfully move for an order remanding this case to the San Francisco Superior Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Court should enter an order remanding this action to the San Francisco Superior Court and without any provision for attorneys' fees, costs, or other expenses relating to the removal.

Dated: July 18, 2023

KING & SPALDING LLP
Keri E. Borders
Dale J. Giali
Rebecca B. Johns

By: */s/ Keri E. Borders*
      Keri E. Borders
Attorneys for Defendant
WALMART INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 18, 2023 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | Evan Nadel |
| 4 | | By: */s/ Evan Nadel* |
| 5 | | Evan Nadel<br>Attorneys for Defendant |
| 6 | | PVH Corp. |
| 7 | Dated: July 18, 2023 | SIDLEY AUSTIN LLP<br>Alycia Degen |
| 8 | | |
| 9 | | By: */s/ Alycia Degen* |
| 10 | | Alycia Degen<br>Attorneys for Defendant |
| 11 | | UNIVERSAL TEXTILES UK, LTD |
| 12 | | |
| 13 | | |
| 14 | Dated: July 18, 2023 | LEXINGTON LAW GROUP, LLP<br>Patrick R. Carey |
| 15 | | Jacob Janzen |
| 16 | | |
| 17 | | By: */s/ Patrick R. Carey*<br>Patrick R. Carey |
| 18 | | Attorneys for Plaintiff<br>ENVIRONMENTAL DEMOCRACY PROJECT |

3
STIPULATION FOR ENTRY OF REMAND ORDER
CASE NO. 3:23-CV-03215-PHK

**ATTESTATION**

I, Keri E. Borders, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ *Keri E. Borders*
Keri E. Borders