1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, a California non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC.; JOMASHOP INC.; PVH CORP.; UNIVERSAL TEXTILES UK, LTD; and DOES 1 through 20 inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-03215-PHK<br><br>**[PROPOSED] ORDER REMANDING CASE**<br><br>[*Administrative Motion and Stipulation filed concurrently herewith*] |

21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the above-captioned case is hereby remanded to the Superior Court of California of the County of San Francisco.

Dated: _____

                                                Honorable Peter H. Kang
                                                United States Magistrate Judge