1  **Law Offices of Jason Lowe**
   Jason Lowe (SBN 270652)
2  35 West 96th Street, 2C
   New York, NY 10025
3  Telephone: (310) 936-2053

4  Attorneys for Defendant
   JOMASHOP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.; JOMASHOP INC.; PVH CORP.; UNIVERSAL TEXTILES UK, LTD; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 3:23-cv-03215-TLT<br><br>**UPDATE REGARDING STATUS OF STIPULATION TO REMAND; AND STIPULATION TO EXTEND DEFENDANT JOMASHOP INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>[ *[Proposed] Order filed concurrently herewith*] |

**UPDATE REGARDING STATUS OF STIPULATION TO REMAND**

Defendant Jomashop, Inc. ("Jomashop") recently retained counsel in this matter and has since met and conferred with counsel for Plaintiff Environmental Democracy Project ("EDP") regarding the status of the case. Jomashop understands that EDP and the other defendants in this action have agreed to stipulate to remand the matter to San Francisco Superior Court. Jomashop further understands that this court set an initial deadline to file a stipulation for entry of remand of August 8, 2023 [Dkt. 19] and subsequently extended that deadline to August 28, 2023. Dkt. 21. Jomashop has requested additional time to consider the remand issues before agreeing to the stipulation. Specifically, Jomashop requested from EDP that EDP grant Jomashop an extension until September 5, 2023, to make its decision on the stipulation. EDP is not opposed to this extension.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rule 6-1, EDP and Jomashop, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff states that Jomashop was served indicating a response date for Jomashop of August 25, 2023;

WHEREAS, Jomashop only recently retained counsel in this matter;

WHEREAS, the parties have met and conferred and agree that Jomashop shall have an extension of time to respond to the Complaint until September 25, 2023;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Jomashop's deadline to answer or otherwise respond to the complaint will be September 25, 2023.

Dated:                                                      Law Offices of Jason Lowe

                                                            By: /s/ Jason Lowe
                                                                Jason Lowe
                                                            Attorneys for Defendant

|   |   |
|---|---|
| | JOMASHOP, INC. |
| Dated: | LEXINGTON LAW GROUP, LLP<br>Patrick R. Carey<br>Jacob Janzen |
| | By: /s/ _____ |
| | Attorneys for Plaintiff<br>ENVIRONMENTAL DEMOCRACY PROJECT |

## ATTESTATION

I, Jason Lowe, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By:  /s/ *Jason Lowe* _____
      Jason Lowe