PATRICK R. CAREY (State Bar No. 308623)
JACOB JANZEN (State Bar No. 313474)
**LEXINGTON LAW GROUP, LLP**
503 Divisadero St.
San Francisco, CA  94117
Email: pcarey@lexlawgroup.com
Email: jjanzen@lexlawgroup.com
Telephone: (415) 913-7800

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., JOMASHOP INC., UNIVERSAL TEXTILES UK, LTD, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-CV-03215-TLT<br><br>**[PROPOSED] ORDER REMANDING CASE**<br><br>**[L.R. 7-11]**<br><br>[Stipulation to Remand and Joint Administrative Motion for Entry of Remand Order filed concurrently herewith] |

-2-

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the above captioned

2   case is hereby remanded to the Superior Court of California of the County of San Francisco.

3

    Dated:  September 20, 2023

4

5                                           _____
                                            Honorable Trina L. Thompson
6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-